# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 5:15-CR-342 (BKS) |
| RALPH DANIEL SMITH ) | |
| *Defendant* ) | |

## DETENTION ORDER PENDING TRIAL

After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), I conclude that these facts require that the defendant be detained pending trial.

### Part I—Findings of Fact

### Alternative Findings (A)

X (1)  There is probable cause to believe that the defendant has committed an offense

☐   for which a maximum prison term of ten years or more is prescribed in _____.

☐   under 18 U.S.C. § 924(c).

X

involving a minor victim under 18 U.S.C. § 2251(a)

X (2)  The defendant has not rebutted the presumption established by finding 1 that no condition will reasonably assure the defendant's appearance and the safety of the community.

### Alternative Findings (B)

☐ (1)  There is a serious risk that the defendant will not appear.

X (2)  There is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II— Statement of the Reasons for Detention

For the reasons stated on the record, I find that the testimony and information submitted at the detention hearing establishes by clear and convincing evidence that the defendant will endanger the safety of others and the community through continuing offenses involving the sexual exploitation of minors, and that no condition or combination of conditions will reasonably assure the safety of others and the community.

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

Page 1 of 2

AO 472  (Rev. 09/08)  Detention Order Pending Trial

UNITED STATES DISTRICT COURT
for the
Northern District of New York

**Part III—Directions Regarding Detention**

      The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  The defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Date: 12/8/2015

*Judge's Signature*

United States Magistrate Judge Andrew T. Baxter

*Name and Title*

---

*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).