Hon. Brenda K. Sannes

United States District Court

Northern District of New York

James M. Hanley Federal Building

100 S. Clinton St.

Syracuse, NY 13261

May 5, 2016

Dear Judge Sannes:

     My name is Amanda Mergenthaler, my brother-in-law is Ralph D. Smith and I am writing this letter on his behalf. Ralph has been an important part of mine and my family's life for the last fourteen years. He has been there for me as well as my children in many difficult situations and is always willing to help anyone in need without expecting anything in return. I work for a local Health Insurance company full time, am a wife and a mother of three very busy children, I help with many animal rescues when I can as well as being very involved with things through the schools that my children, nieces & nephews are involved with. I serve as a Cub Master to a local Cub Scout pack and have for many years. Ralph has always been a huge help in anyway asked of him, even before his own son was involved. He is a dedicated and caring person who loves his family and friends to the fullest. Over the last fourteen years I have seen Ralph sacrifice himself and his wellbeing for others and I know he will continue to do it in the future if given the chance.

     I am aware of all the charges and have been from the beginning of the entire situation. I know that this has been life changing for all involved and life as it was before will never be the same. This is not being taken lightly by anyone and I know that Ralph shows regret for everything that has happened and what it has put everyone through.

     In addition I believe that the mistakes made in a person's life should not be outweighed by the good things a person has done in their lives, as that should be taken into account as well. For as long as I have known Ralph, he has always done for others, some prime examples of this are helping a young man who made the bad decision to drink and drive, get his life in order by being role model to him Ralph and his wife brought him to work to everyday for years, even brought his son to the sitters, then brought him to work. He is now doing well and has a chance at a normal life. While helping on many Cub Scout events and outings, he was always the first to step up and help the boys learn to do different things and learn about things that will help these boys grow to be greater men. Prior to his father passing away, he was there to help his dad when he was ill, up until the day of his tragic/unexpected death. My parents have been blessed by Ralph's kindness thru many things, most recently with my mother's illness and

health issues that left her unable to drive for almost a year, Ralph was always willing to step up and bring her to appointment and sit with her for hours to make sure she was able to receive the care she needed. Personally, Ralph has been there for me whether it was a shoulder to cry on, a frozen pipe, seized brakes, a ride for me or my children or mechanical issues at all hours of the night.

     Ralph's absences has left a huge emptiness in our family as well as our scout family and will be difficult to explain to the young boys with the camping season coming near as he held a huge role in our success on our outings. Ralph is a hard worker and even when laid-off from his occupational welding career through the Iron workers Union, he always kept busy helping anyone who needed help with tasks that he may have knowledge of how to do it & spending time with family & friends. Please feel free to reach out to me with anything you may need to know in reference to mine & my family's relationship to Ralph. Thank you in advance for considering all aspects before making a decision. Most of all, thank you for your time.

                        Sincerely,

                        Amanda L. Mergenthaler

                        *** ADDRESS AND TELEPHONE NUMBER REDACTED***

4/27/16

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

Re: Ralph D. Smith

Dear Judge Sannes:

    My name is Michael Buchinski, and I am Ralph Smith's step-father. I am writing this letter on behalf of me and my wife Patricia Buchinski (Ralph's mother). It is our intent to respectfully provide this court with a little background information on Ralph's character and early childhood, that shows a side of Ralph that *may* not be known by those who do not know Ralph as intimately as we, or his family does.

    Ralph's childhood and upbringing wasn't a normal stable loving one; far from it. Ralph's father (who is now deceased) was an abusive life-long alcoholic. Because of this, Ralph during most of his early childhood, lived in public subsidized housing projects, and he was sadly exposed to an early childhood that most children of loving, stable, and hardworking parents do not experience. Encouragement, success, and hard work, to achieve a meaningful life wasn't encouraged in that atmosphere. Ralph's father, because of his increasing alcohol dependency, had erratic mood and behavior swings (and in later life seldom kept a job for very long, and alienated most everyone in his path – especially his family & children). As Ralph was growing up, his father's physical & emotionally abusive treatment to Ralph, his mother, and to his older sister, increased.

    When Ralph was an early teen, as his father's alcohol dependency & paranoia increased, he moved the family to a very remote area in upstate NY. Ralph's mother wasn't allowed to work, or communicate with her family members or prior friends - and if she did, he would cut the phone line to the home. When Ralph's mother tried to leave this man (on numerous occasions) to seek a better life for her and her children, Ralph's mother was brutalized by Ralph's father (witnessed at a very early age on numerous occasions by Ralph and his sister). Ralph interceded numerous times during those days on behalf of his mother & sister's welfare, causing Ralph to bear the brunt of his father's rage (and fists). Whenever Ralph's mother wanted to leave this man, Ralph's father (on many occasions) threatened to burn down the home while they were inside & sleeping. These are just a few of the things that Ralph, his mother, & sister lived through, during Ralph's childhood. Those days still haunt Ralph, his mother, and his sister, to this very day. Ralph still carries many of the emotional (and physical) scars of those days, and probably will forever.

    Many times during Ralph's childhood, they didn't have adequate food, heat, or the basic necessities of life, that most people would consider normal or essential, because Ralph's father spent most of his income on alcohol, and not on his family's basic needs - so when Ralph was 16 years old, (and after his older sister had moved out of the family home) Ralph quit high school to find employment to ensure that his mother had food, heat, and the basic necessities of life.

When Ralph was old enough to live on his own (and he had also moved out of the family home) Ralph's mother finally had the courage to leave Ralph's father (because she knew this man couldn't hurt her children anymore). Ralph's mother hid in a woman's shelter in another town 20 miles away for months in fear of this man finding her. During this time, Ralph was there for his mother in every way possible – especially emotionally and financially.

After a time, when Ralph's mother and I met and dated (and marrying several years later) Ralph become the son I never had, and always wished for. Not because I married his mother, but because of his personality & character. He was always the first one here to help out with anything he could do, to make his mother's and our lives easier, in any way he could. I have personally witnessed Ralph's devotion to his mother, his wife, his family, friends, and even strangers.

I have enjoyed a wonderful personal and close relationship with Ralph for over 20 years. I have personally witnessed (on numerous occasions) Ralph's helpful character, his devotion for his family, and his selfless charity to assist anyone that he cares for, and even strangers, that may need his assistance. On too many occasions to mention here, he has always "been there" for his mother & I at a moment's notice, without hesitation. I was always proud to call him "my son".

I am the property manager of a large privately owned rental property in Herkimer NY. (Sherwood Acres Apartments) which has 48 units. Approximately 90% of our residents are retired senior citizens, with the remaining 10% being mostly single working professionals under 60 years of age. Whenever I needed an extra set of hands (or a strong back) to accomplish a project here, or one of our residents needed assistance (such as with moving large & heavy household items in or out of their apartments) on too many occasions that cannot be remembered by me, Ralph was *always here* to assist, sometimes on a moments notice (if he wasn't working out of town at the time). To my knowledge, never once did Ralph ever ask for any compensation. As an example: I clearly remember several years ago there was a very large snowstorm on Christmas Day, and community members & neighbors vehicles were stranded on the side of the village streets, buried in snow, Ralph was the first one out with his truck (and shovel) getting many vehicles out of the snow (including local police). Never asking for compensation – usually with just a smile and a handshake afterwards.

We vividly remember how proud we were many years ago when Ralph went to take his GED test (with no prior preparation or studying) and he aced it on the first try – scoring very highly. Then, with his mother's and my encouragement, Ralph enrolled in a 2 year Welding trade school. Within 5 months he had completed the entire 2 year course with the top honors of his class, and he found employment in his field immediately, over many applicants. Soon, he was running the fabrication department in the business he was hired at. Then, when he went for State Certification for his trade – he again aced the test. Then, on numerous occasions thereafter, when he over & over again, passed additional State Certifications in his trade. Much better employment soon followed, with much better compensation, and soon he was a certified union State licensed welder working on many large construction projects in NY State & the northeast. At this point, we believe Ralph has obtained all State Certifications in his trade except one (Underwater Welding Certification) which he was preparing to take.

On numerous occasions Ralph sacrificed time at home with his family and took out of state, and far away employment (in NJ, PA, etc.) so he could receive greater compensation to better financially support his family in a better lifestyle he never enjoyed as a child – because of this he missed a lot of key experiences in his childrens lives, (sports, school functions, birthdays, family gatherings, etc.). We remember a few years back how proud we were of him when he was given the opportunity to be the Foreman on a multi-million dollar major bridge repair construction project on I-90, working 150 feet over the Hudson River in Albany.

For 2 years Ralph worked 10 to 12 hours a day (and also a 2 hour commute to work and back each day) six days a week, working outside in the coldest parts of winter and the hottest parts of the summer. Basically, he came home late in the evening to shower, eat, sleep, and go back to work very early the next morning - so his wife and children could have a better life than he ever had. When he did have a day off work or a vacation, he always spent the time with his family participating in family orientated activities, and restoring a large older home in the community that he, his wife, and children, lived in.

Ralph is an outdoors-man. He has a wonderful appreciation for the outdoors, nature, and conservation. We have wonderful memories of him taking his children (and us) fishing on their boat many many times. Prior to his incarceration, he was the president of our local Bass Fisherman's Club for several years – always with his family by his side. He coached his son's softball team. He (when he wasn't out of town working) was always involved with all his childrens school activities, always encouraging them to excel at school, and many extra curricular activities, such as Scouting. When Ralph was not away working, we vividly remember that he attended every sports activity and school function his children were involved in.

Ralph became the man his mother and I prayed for. He had a beautiful family, a promising career, he worked hard, he keep his nose clean, and he was respected by family and peers. Then, suddenly, the bottom completely fell out of our family's world when Ralph was charged with these terrible crimes.

This past year and a half has been a complete nightmare for this entire family! Funny, how friends and community members completely change their attitude towards an entire family in situations such as this. It's true: bad news travels quicker than good news, and a million good deeds cannot (and shouldn't) erase one terrible one. People whom we've known, loved, and respected for many years (and have known, loved, and respected Ralph for many years) now spew hate toward us. We've learned the great value of "true friends" and the worthlessness of "sunny day friends".

As we're sure this court well knows, situations such as this, radically change entire families lives forever! This family will never be the same. Ralph's mother, as can be expected, is very emotionally distraught because of all this. No moral loving parent ever expects something like this to ever occur with their children & grandchildren.

Needless to say, this ordeal has been a very sobering and reflective time for me and Ralph's mother. Thoughts such as this continually enter our minds: Is loving one, hating the other? Can you love both, and not be accused by the other as taking sides? Is it a betrayal to the victim to also support the perpetrator? Is loving the sinner excusing reprehensible behavior? Can things ever be the same again? These are thoughts that we (and this entire family) will have to continually contemplate as we lay awake in bed at night, for many many years to come.

We make no excuses for Ralph's behavior, nor will we ever (nor does Ralph) but we want this court to know that there are people who love and support Ralph, while deploring his actions.

The Ralph we knew has always been a good, kind, humble, hard working, loving, family man - and this completely broken flawed man we now see behind glass in jail when we visit, is no more the man we once knew, and will ever be again, and is certainly not the man we see in portrayed in the media, and on sleazy websites. Being locked in a small room 23 hours a day in complete solitude, has a way of completely humbling a person forever, with nothing else to do except to grieve the consequences of their actions.

    We believe Ralph has many redeeming characteristics that would be put to productive use for his family and our society, someday; when society deems he has paid for his crimes, and he can come home again to his family. We pray for that day! We also pray that someday this family can heal, and be the vibrant loving family it once was before this. We pray for a miracle – but we also well know that miracles don't often happen, and actions have consequences.

    Our prayer, at my age (59) and my wife's age (63) is that someday our eyes will see Ralph reunited with his family – and this broken family reunited.

Sincerely,

*Michael J. Buchinski*
*Patricia F. Buchinski*

Michael J. Buchinski
Patricia F. Buchinski

\*\*\*ADDRESS AND TELEPHONE
NUMBER REDACTED\*\*\*