May 16, 2016

Dear Judge Sannes;

    My name is Sharron Matthews and I am writing on behalf of Ralph Smith. I have know Mr. Smith for approximately 18 years. Our paths have crossed many times, over that course of time.

    I have witnessed him being a very attentive father and husband. Always doing family activities. He has been a hard worker providing for his family. Whether be camping, fishing, traveling, or attending sports, to cheer his children on. He was extremely involved.

    After first being accused of his crime, Ralph was very distraught. Every time I saw him, he appeared thinner and was extremely emotional.

In conclusion, I can only say this has been a very heavy burden on him and his family. I myself, being employed for the same company for over 20 years, can understand Ralph's deep concern over not being able to provide for his family.

His work and family life ethics have been greatly disrupted.

Sincerely,

Sharron L. Matthews

***ADDRESS AND TELEPHONE NUMBER REDACTED***


Sharron L. Matthews