

NEW YORK · VANCOUVER · CALGARY · EDMONTON · REGINA · WINNIPEG · TORONTO · MONTREAL

June 23rd, 2016

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

  Re: **United States v. Ralph Daniel Smith**
    **15-CR-342 (BKS)**

Dear Judge Sannes:

Earlier today I filed a copy of the Defendant's sentencing memorandum. I write to respectfully request a sealing order with respect to a portion of Exhibit "A", and all of Exhibit "B" (Dkt. 62). Exhibit "A" consists of the curriculum vitae of Dr. Jacob Hadden, as well as a psycho-sexual evaluation report. We have filed the curriculum vitae on CM/ECF, but ask that the psycho-sexual evaluation be sealed. Exhibit "B" consists of reference letters in support of Mr. Smith's sentencing submissions.

Respectfully,

Daniel DeMaria

cc: Lisa Fletcher & Nick Passalacqua

New York • 535 Fifth Avenue, Fl. 25 • New York, NY • 10017 • Tel: (212) 658-1710 • Fax: (212) 658-1711